UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br>　v.<br>JUSTIN HARRISON,<br><br>　　　　Defendant. | CASE NO. CR17-0120-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Defendant Justin Harrison's motion to substitute counsel (Dkt. No. 12). Pursuant to Local Criminal Rule 5(g), the motion is GRANTED. It is ORDERED that Emma Scanlan and the Law Office of John Henry Browne shall be allowed to withdraw and Christopher Black and Black Law, PLLC be substituted as counsel for Defendant.

DATED this 20th day of June 2017.

　　　　　　　　　　　　　　　William M. McCool
　　　　　　　　　　　　　　　Clerk of Court

　　　　　　　　　　　　　　　s/Paula McNabb
　　　　　　　　　　　　　　　Deputy Clerk